IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HEARING LIFE USA, INC.,                    )
                                           )
              Plaintiff,                    )
                                           )
v.                                         )        Case No. 5:15-cv-04922-DDC-KGS
                                           )
CHRISTOPHER HARMON,                        )
                                           )
              Defendant.                   )
                                           )

## STIPULATED MOTION FOR ENTRY OF INJUNCTION AND JUDGMENT

Plaintiff Hearing Life USA, Inc., through its undersigned counsel and with the consent of *pro se* Defendant Christopher Harmon, moves the Court for entry of the attached agreed upon Injunction and Judgment.

Dated: November 19, 2015

                              Respectfully submitted,

                              JACKSON LEWIS, P.C.

                              */s/ Brian J. Christensen*
                              Brian J. Christensen, KS Bar Number 16528
                              Janelle L. Williams, KS Bar Number 25343
                              7101 College Blvd., Suite 1150
                              Overland Park, Kansas 66210
                              Telephone: (913) 981-1018
                              Facsimile: (913) 981-1019
                              Email: brian.christensen@jacksonlewis.com
                              Email: janelle.williams@jacksonlewis.com

                              ATTORNEYS FOR PLAINTIFF
                              HEARING LIFE, USA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2015, I filed the above and foregoing electronically via the Court's electronic filing system and served via U.S. Mail and electronic mail on the following:

Christopher Harmon
2608 SW Washburn Avenue
Topeka, Kansas 66611

And

Christopher Harmon
5999 SW 22nd Park, Suite A
Topeka, Kansas 66614
charmon@hearagainks.com

PRO SE DEFENDANT

/s/ Brian J. Christensen
ATTORNEY FOR PLAINTIFF

4840-7223-5563, v. 1